Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtor:    Peter Clayton Purcell
           7210 Darnoch Way
           West Hills, CA  91307

Case No.:  SV13-16735-MT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD. SUITE 224<br>SYOSSET, NY 11791 | $ 32.61 |

Dated: March 08, 2018

_Elizabeth F Rojas_
Elizabeth F. Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

Check No.: 0981230
Check Date: 02/08/2018
Check Amt: 32.61

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1316735 | 3965 Claim #: 00014 | Peter Clayton Purcell | XXX-XX-9969 | 0.00 | 0.00 | 32.61 | 32.61 |
| | | | TOTALS | 0.00 | 0.00 | 32.61 | 32.61 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

Purcell, Peter Clayton
3965
Case No: 1316735

AMERICAN BUSINESS BANK
523 W. 6th Street, Suite 900
Los Angeles, CA 90014

16-4280 1220

**CHECK DATE** Feb 08, 2018
**CHECK NO.** 0981230

**CHECK AMOUNT** $*********32.61

VOID AFTER 60 DAYS

PAY ONLY **32.61** THREE TWO PERIOD SIX ONE

PAY TO THE ORDER OF  CLK US BANKRUPTCY CT

VOID OVER $32.61

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0981230⑆ ⑈122042807⑈ 03998548⑉